UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10111
  STANLEY M MILEWSKI
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
  SSN XXX-XX-7803

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

  1.   The case was filed on 06/05/07 and confirmed on 07/20/07.

  2.   The plan is paid in full.

  3.   The Debtor paid a total of $   3952.00 .

  4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 738.02 | .00 | 738.02 |
| MICHELE MILEWSKI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 443.13 | 8.39 | 443.13 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 795.24 | 9.93 | 795.24 |

          Summary of disbursements:

------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 738.02 | .00 | 1238.37 | .00 | 1976.39 |
| PRINCIPAL PAID | 738.02 | .00 | 1238.37 | .00 | 1976.39 |
| INTEREST PAID | .00 | .00 | 18.32 | .00 | 18.32 |
| TOTAL PAID | 738.02 | .00 | 1256.69 | .00 | 1994.71 |

The Debtor's attorney, RICHARD L HIRSH                  , was allowed $   3500.00
and was paid $   1726.00  direct and $   1774.00  through the plan.

The Trustee received $    146.60 .

Refunds to the Debtor totaled $      36.69 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

  Dated: 03/10/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 10111 STANLEY M MILEWSKI